UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARMOUTH INTERNATIONAL, INC., ) | |
| ) | |
|    PLAINTIFF/ ) | |
|    COUNTER DEFENDANT, ) | |
| ) | CASE NO. 3:14-CV-0567 |
| v. ) | JUDGE CRENSHAW |
| ) | |
| DOLLAR GENERAL CORPORATION ) | |
| and DOLGENCORP, LLC, a subsidiary of ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| ) | |
|    DEFENDANTS/ ) | |
|    COUNTER PLAINTIFFS ) | |

## ORDER

The Order of referral to the Magistrate Judge, Docket Entry No. 85, is hereby rescinded.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE